UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| ADAM BROOKS,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF SOUTHSIDE, ALABAMA, et al.,<br><br>    Defendants. | Case No. 4:21-CV-00142-CLM |

### DEFENDANT FACEBOOK, INC.'S JOINDER TO SOUTHSIDE DEFENDANTS' MOTION TO TEMPORARILY STAY DISCOVERY AND SUSPEND RULE 26 OBLIGATIONS

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Facebook, Inc. ("Facebook") respectfully joins the Motion to Temporarily Stay Discovery and Suspend Rule 26 Obligations (Doc. 21) (hereinafter, "Motion to Stay") filed by several of the defendants in this case. In support of this joinder, Facebook states as follows:

1. On June 25, 2021, Defendants City of Southside, Alabama; former Southside Mayor Wally Burns; Southside Police Chief Blake Ragsdale; former Southside Police Chief Chris Jones; former Southside Deputy Police Chief Phillip Roberson; former Southside Police Sergeant Shannon Thomas; Southside Sergeant Brandon Guffey; and Southside Municipal Court Judge Jonathan Welch (collectively, "Southside Defendants") filed the above-mentioned Motion to Stay.

2. The Southside Defendants moved this Court to temporarily stay the commencement of discovery in this case, including all obligations under Rule 26 of the Federal Rules of Civil Procedure, pending this Court's resolution of the motion to dismiss filed by the Southside Defendants as a stay would "permit this Court to resolve the pending motion to dismiss"

and "would avoid any risk of the parties unnecessarily expending time and resources pursing discovery relating to claims that should properly be dismissed." (Doc. 21 at ¶ 4).

3. Facebook intends to file a motion to dismiss in this case and agrees with the arguments in the Southside Defendants' Motion requesting that this court temporarily stay the commencement of discovery pending resolution of its motion to dismiss as it would avoid the potentially unnecessary expenditure of time and resources.

For the foregoing reasons, Facebook joins the Southside Defendants' Motion to Stay and respectfully requests that this Court enter a stay of all discovery pending the resolution of the motions to dismiss.

By: /s/ 
M. WARREN BUTLER (ASB-3190-R56M)
JAKE T. MACKAY (ASB-9600-P97I)
STARNES DAVIS FLORIE LLP
11 N. Water Street, Suite 20290
Mobile, Alabama 36602
(251) 433-6049 - Main
(251) 433-5901 - Fax

MATAN SHACHAM, *pro hac vice pending*
KEKER, VAN NEST & PETERS, LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

*Attorneys for Defendant Facebook, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on **July 12, 2021** I served the foregoing document(s) by ELECTRONICALLY POSTING to the ECF website of the United States District Court, Northern District of Alabama, Middle Division and/or by U.S. Mail, postage prepaid. The Court performed service electronically on all ECF-registered entities in this matter.

/s/ M. Warren Butler
M. Warren Butler