# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| ADAM BROOKS,       ) | |
|     Plaintiff,       ) | |
| v.                 ) | Case No. 4:21-cv-142-CLM |
|                    ) | |
| CITY OF SOUTHSIDE, ALABAMA, ) | |
| *et al.*,          ) | |
|     Defendants.     ) | |

## ORDER

The plaintiff filed a motion asking the Court for leave to file under seal a motion to proceed anonymously and for in-camera review of the motion to proceed anonymously. (Doc. 43). The Court entered an Order granting the plaintiff's request to file the motion under seal, but the Court denied the request for in-camera review of the motion. (Doc. 45).

The plaintiff has now filed a motion for *partial* in-camera review of the motion to proceed anonymously. (Doc. 46). In the motion, the plaintiff asks for in-camera review of the irreparable-harm factor. The Court **DENIES** that motion. And the Court sets a **deadline of Wednesday, December 15, 2021**, for the plaintiff to file the motion to proceed anonymously. The Court **will not** extend this deadline.

**DONE** and **ORDERED** on December 9, 2021.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE