# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

**ADAM BROOKS,**
    Plaintiff,

v.

**CITY OF SOUTHSIDE, ALABAMA,** *et al.***,**
    Defendants.

Case No. 4:21-cv-142-CLM

## ORDER

    The Court denied the plaintiff's sealed motion to proceed anonymously as "Adam Brooks," and gave the plaintiff until February 28, 2022, to file a non-anonymous complaint. (Doc. 51). The plaintiff moved under seal to reconsider that denial (doc. 56), which the Court granted in part and denied in part, (doc. 57). On the February 28 deadline to file a non-anonymous complaint, the plaintiff instead filed another sealed motion to reconsider. (Doc. 58).

    The Court has considered and now **DENIES** the plaintiff's second motion to reconsider. (Doc. 58). The plaintiff did not file a non-anonymous complaint on or before the February 28 deadline. So the Court **DISMISSES** this case **WITHOUT PREJUDICE**. The Court instructs the Clerk of Court to close the case.

    **DONE** and **ORDERED** on March 8, 2022.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE